UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  20-03285
DANIELLE & BRIAN HOLLAND  )   (Jointly Administered)
 )   Chapter: 13
 )   Honorable Jacqueline P Cox
 )   1
 )
Debtor(s)  )

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

A. That the automatic stay is hereby extended as to all creditors pursuant to §362(c)(3), up to August 3, 2020, at 10:30 AM.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  June 29, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100